UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECOLOGICAL RIGHTS FOUNDATION,

*Plaintiff,*

v.                                                    Civil Action No. 19-0980 (BAH)

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

*Defendant*.

## **MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ecological Rights Foundation ("EcoRights") brought suit against Defendant

United States Environmental Protection Agency ("EPA") under the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552, challenging EPA's response to EcoRights' FOIA request.  EPA has

satisfied all of its obligations with respect to EcoRights' request.  EPA conducted an adequate

search for responsive records, and it has given EcoRights all the records to which it is entitled

under FOIA.  As there are no material facts in dispute, EPA respectfully moves this Court

pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to all claims asserted.

The enclosed memorandum of points and authorities, statement of facts, supporting declaration,

the exhibits thereto, and the *Vaughn* Index establish that EPA is entitled to the relief it seeks.

\*   \*   \*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By:  /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*

2