UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECOLOGICAL RIGHTS FOUNDATION,

*Plaintiff,*

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

*Defendant.*

Civil Action No. 19-0980 (BAH)

## DEFENDANT'S STATEMENT OF FACTS

Pursuant to Local Civil Rule 7(h), Defendant United States Environmental Protection Agency ("EPA") respectfully submits this Statement of Material Facts Not in Genuine Dispute in support of EPA's Motion for Summary Judgment.

1.      On or about August 30, 2018, Plaintiff, Ecological Rights Foundation ("EcoRights"),  submitted an online Freedom of Information Act ("FOIA") request to EPA seeking records pertaining to several topics which are broadly listed as: (1) whether certain policies, practices, and procedures have continued at EPA since former Administrator Pruitt resigned in July 2018; (2) EPA Inspector General investigations of former Administrator Pruitt; (3) current Administrator Wheeler's calendar and calendar attachments since July 2018; (4) EPA's policies, practices, and procedures for processing FOIA requests; (5) the specific processing of a separate FOIA request submitted by EcoRights to EPA which is currently in litigation in the U.S. District Court for the Northern District of California; and (6) EPA's procedures or protocols for engaging with the media.   EPA assigned the FOIA request tracking number EPA-HQ-2018-011071. Declaration of Elizabeth White ("White Decl.") ¶ 3 (attached) Ex. A.

2.      On December 11, 2018, an EPA attorney sent EcoRights an email explaining that EPA was working to fulfill its FOIA request.  *Id.* ¶ 5, Ex. B.

3.      On March 15, 2019, EPA provided EcoRights with an initial production of records withholding some of the information pursuant to 5 U.S.C. § 552(b)(5), (b)(6), (b)(7)(C), and (b)(7)(F).  *Id.* ¶ 6, Ex. C.

4.      On March 21, 2019, EPA sent EcoRights an email providing a status update for each of the ten parts of EcoRights' FOIA Request.  *Id. ¶* 8, Ex. E.

5.      On March 26, 2019, EPA provided EcoRights with a link to a publicly available record that was responsive to a part of EcoRights' FOIA request.  *Id.* ¶ 10, Ex. G.

6.      On March 29, 2019, EPA produced Administrator Wheeler's calendars from September 1, 2018 through December 21, 2018.  *Id.* ¶ 12, Ex. I.

7.      On April 8, 2019, EcoRights filed a Complaint alleging that EPA had failed to comply with the requirements of FOIA with regards to its FOIA request, ECF. No. 1, and then filed an Amended Complaint on April 15, 2019. ECF No. 7; White Decl. ¶ 13.

8.      On July 18, 2019, EPA completed its search results, based on Boolean search terms, and identified over 212,000 of potentially responsive records and notified EcoRights.  *Id. ¶* 17.

9.      On July 31, 2019, EPA informed EcoRights that it could process approximately 500 records per month and expected to complete processing the FOIA request within 36 months.  *Id.*

10.     On August 8, 2019, EcoRights proposed an alternative search strategy where EcoRights offered further clarification of its request such that the language could be provided to management-level staff and subject matter experts would determine, with input from staff when

appropriate, whether responsive records exist, and if so, how to collect them.  *Id. ¶* 18, Ex. J.  The parties agreed to this approach.  *Id. ¶* 19, *see also* ECF No. 13.

11.    Subsequent to the parties' search agreement, EPA submitted an additional four production of records to EcoRights, the final production of records was on March 20, 2020.  White Decl. ¶¶ 20-23, Ex. L.

12.    On April 23, 2020, EcoRights submitted a letter to EPA stating its issues with respect to EPA's production of records and outlining its concerns regarding some of the redactions and missing documents, specifically missing attachments to the Administrator's calendar.  *Id.* ¶ 24, Ex. M.

13.    On June 10, 2020, EPA addressed questions regarding some of its redactions, and EPA also indicated that it would conduct a supplemental search for calendar attachments. *Id. ¶* 25, Ex. N.

14.    One month later, on July 10, 2020, EPA provided a supplemental release of documents to EcoRights which updated versions of Administrator Wheeler's calendar with some prior redactions removed and also included the missing attachments to the Administrator's calendar.  *Id.* ¶ 28, Ex. P.

15.    On July 23, 2020, EcoRights communicated with EPA its concerns regarding some of the redactions within the July 10th production of records.  *Id.* ¶ 29, Ex. Q.

16.    On August 3rd and on August 11, 2020, EPA addressed EcoRights regarding some of its redactions.  Additionally, EPA clarified that it considered any records pre-dating July 5, 2018, as outside of the scope of EcoRights' FOIA request because the relevant portions of EcoRights' request sought "[a]ll documents created by EPA constituting or memorializing

Acting Administrator Andrew Wheeler's full calendar, meeting schedule, and notes from meetings from July 5, 2018 to the present." *Id.* ¶ 30, Exs. R, S.

17. On August 13, 2020, having reviewed some of its withholdings, EPA made a supplemental release of information, including portions of Administrator Wheeler's calendar where EPA had revised some of its redactions. This production also included ten attachments to the Administrator's calendar containing revised redactions. *Id.* ¶ 31, Ex. T.

18. To summarize, EPA submitted a total of eight production of records to EcoRights, withholding certain information pursuant to FOIA Exemptions 5, 6, 7(C) and 7(E). *Id.* ¶ 33.

19. Finally, all reasonably segregable, non-exempt responsive records subject to FOIA have been produced to EcoRights. *Id.* ¶ 68.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*

4