UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECOLOGICAL RIGHTS FOUNDATION,

*Plaintiff,*

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

*Defendant*.

Civil Action No. 19-0980 (BAH)

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is this ____day of _____, 2020,

ORDERED that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED judgment as a matter of law is hereby entered in Defendant's favor on Plaintiff's claims in this action.

This is a final, appealable Order.

_____
UNITED STATES DISTRICT COURT JUDGE