# EXHIBIT B

**From:**        Yarbrough, Christopher
**To:**          heather@enviroadvocates.com
**Subject:**     FOIA Request # EPA-HQ-2018-011071
**Date:**        Tuesday, December 11, 2018 1:46:00 PM

Good afternoon, Mrs. Kryczka.  I hope your day is going well.

I am reaching out to introduce myself.  I am the EPA attorney-adviser handling your FOIA Request #EPA-HQ-2018-011071.

Currently, I am working on fulfilling your request.  The EPA has received a very high volume of FOIA's, and consequently, we are doing our best to respond to each as quickly as possible.

I appreciate your patience.  Please let me know if you have any questions, comments, or concerns.  I am here to help.

V/r,
Chris

Chris Yarbrough
Attorney-Adviser
U. S. Environmental Protection Agency
Office of the Executive Secretariat
(202) 564-5290