# EXHIBIT D

**From:**      Yarbrough, Christopher
**To:**        "Stuart Wilcox"
**Cc:**        "heather@enviroadvocates.com"
**Subject:**   RE: FOIA Request # EPA-HQ-2018-011071
**Date:**      Wednesday, March 20, 2019 4:41:00 PM

Hi, Stuart.  I hope your afternoon is going well.

I spent a tremendous amount of time working on this today.  Bottom line: we are currently working to fulfill each part of your request.

I will have a substantive response for you tomorrow, one that outlines specifically what efforts/searches are being done for each of the twenty-one requests for information comprising this request.

Thanks for your patience.  Have a great evening.

Chris

**From:** Stuart Wilcox <stuart.wilcox5@gmail.com>
**Sent:** Wednesday, March 20, 2019 3:14 PM
**To:** Yarbrough, Christopher <yarbrough.christopher@epa.gov>
**Subject:** Re: FOIA Request # EPA-HQ-2018-011071

Great, thank you Chris, I will keep an eye out for your response.

Stuart

On Wed, Mar 20, 2019 at 6:58 AM Yarbrough, Christopher <yarbrough.christopher@epa.gov> wrote:

> Thanks, Stuart.  Sorry for the delay in following up.
>
> I've been evaluating each request for information and will circle back asap.  Once I've completed that, I'd love to set up a time.
>
> I'll try to follow up later today.
>
> Chris
>
> **From:** Stuart Wilcox <stuart.wilcox5@gmail.com>
> **Sent:** Tuesday, March 19, 2019 6:59 PM
> **To:** Yarbrough, Christopher <yarbrough.christopher@epa.gov>
> **Subject:** Re: FOIA Request # EPA-HQ-2018-011071
>
> Hello Chris,

I was hoping to touch base with you about getting the information I requested in my email and hopefully setting a time later this week to discuss these issues with you further.

Best,
Stuart

On Fri, Mar 15, 2019 at 5:15 PM Stuart Wilcox <stuart.wilcox5@gmail.com> wrote:

Hello Chris,

Thank you for the update and for sending the records.  Let's set a call to discuss further.  Could you please send me some times when you are available next week?

To ensure that the call is a productive use of everyone's time, in advance of the call please provide the following in writing:

1. Your assessment of which descriptions in the FOIA request are too broad and the reasons why;
2. A production schedule EPA will agree to for the remaining records;
3. An estimated completion date that will ensure EcoRights receives these long overdue records promptly; and
4. A description of EPA's basis for the redactions it has made thus far given that they appear facially improper.

If we cannot resolve these issues informally to our satisfaction soon then we may still decide to exercise our rights to bring a lawsuit to compel EPA to comply with FOIA.  However, it is our preference to avoid that if possible.

Thanks again, and have a nice weekend.

Best,
Stuart

On Fri, Mar 15, 2019 at 10:02 AM Yarbrough, Christopher <yarbrough.christopher@epa.gov> wrote:

Good morning, Stuart.  I hope your day is starting off well.

Please see records responsive to part #6 of EPA-HQ-2018-011071, attached above.  This represents an interim response on behalf of the EPA as part of an ongoing effort to fulfill your request.  These records, the calendar of Administrator Wheeler from July 5, 2018 to August 31, 2018, will be supplemented with records for later time periods once those calendars become available.

Portions of these records are being withheld pursuant to 5 U.S.C. § 552(b)(5), the

Deliberative Process Privilege, § 552(b)(6) Personal Privacy Information, § 552(b)(7)(c) Law Enforcement-Personal Privacy and § 552(b)(7)(f) Law Enforcement-Life or Physical Safety of an Individual. These portions of the records are exempt from disclosure because they are predecisional and deliberative and would harm agency decision-making if released or contain personal information which would and/or could be an unwarranted invasion of personal privacy if released or which could reasonably be expected to endanger the life or physical safety of an individual.

Searches are currently underway to obtain records potentially responsive to other parts of your request.  I would like to schedule a conference call to address some of the remaining records you are requesting, because in some cases the description is too broad to accurately craft an effective search or for a reviewer to determine if records are responsive.  Please let me know if scheduling a call is possible.

I previously emailed Ecological Rights Foundation to offer assistance, answer questions, and make myself available to discuss this request – that offer remains open.  I am here to help.

Have a good day.

V/r,
Chris

**From:** Stuart Wilcox <stuart.wilcox5@gmail.com>
**Sent:** Wednesday, March 13, 2019 6:11 PM
**To:** Yarbrough, Christopher <yarbrough.christopher@epa.gov>
**Subject:** Re: FOIA Request # EPA-HQ-2018-011071

Good Afternoon Mr. Yarbrough,

My name is Stuart Wilcox, and I represent Ecological Rights Foundation ("EcoRights") with regards to FOIA Request # EPA-HQ-2018-011071.  EPA's determination on this FOIA request is now months overdue.  To date, and in violation of the law, EcoRights has not received a determination on this request, records responsive to this request, or an estimated completion date for this request.  As a result of these failures, EcoRights has the option under FOIA to file suit to compel compliance with the law.  Due to the time-sensitive nature of the requested records, EcoRights plans to file a lawsuit challenging EPA's violations of FOIA in one week unless we can quickly resolve this dispute.  Thank you for your prompt attention to this matter.

Sincerely,
Stuart Wilcox