# EXHIBIT I

| | |
|---|---|
| **From:** | Yarbrough, Christopher |
| **To:** | "Stuart Wilcox" |
| **Cc:** | heather@enviroadvocates.com |
| **Subject:** | RE: FOIA Request # EPA-HQ-2018-011071 |
| **Date:** | Friday, March 29, 2019 12:26:00 PM |
| **Attachments:** | FOIA Efficiency Memo.pdf |
| | Redacted_Acting Administrator Wheeler Calendar December 1 - 31 2018_UPDATED.pdf |
| | Redacted_Acting Administrator Wheeler Calendar November 1 - 30 2018.pdf |
| | Redacted_Acting Administrator Wheeler Calendar September 1 - 30 2018.pdf |

Good morning, Stuart.

I am working with my management to address the concerns you raised in your emails from March 22, 2018 and yesterday.  I am doing the best I can, given the number of FOIA's we have to process, to gather, review, and process records responsive to this request.  I anticipate getting you a response early next week – and I'm sorry you are frustrated, but do believe we are bending over backwards to fulfill this request.

As discussed previously, please see the record (attached above) that is responsive to #8 of your original FOIA request, which asks for "all documents created by EPA since July 5, 2018 constituting or memorializing any instructions, directive, plan, policy, practice, or memorandum to EPA staff concerning how to review and/or respond to Freedom of Information Act ("FOIA") requests."  This record was released November 16, 2018, and is the Chief of Staff's memorandum on the Awareness Notification Process for Select Freedom of Information Act Releases.

Additionally, please see records responsive to part #6 of the request, also attached above.  This represents the EPA's <u>fourth</u> interim response as part of an ongoing effort to fulfill FOIA request # EPA-HQ-2018-011071.  These records, the calendar of Administrator Wheeler from September 1, 2018 to December 31, 2018, will be supplemented with records for later time periods once those calendars become available.

Please let me know if you have any questions or concerns.  I will circle back soon.

Chris

**From:** Stuart Wilcox <stuart.wilcox5@gmail.com>
**Sent:** Thursday, March 28, 2019 4:22 PM
**To:** Yarbrough, Christopher <yarbrough.christopher@epa.gov>
**Cc:** heather@enviroadvocates.com
**Subject:** Re: FOIA Request # EPA-HQ-2018-011071

Hello Chris,

Thank you for passing along the above EPA website document.  I will keep an eye out for the additional Andrew Wheeler calendars you said EPA will be producing today.

As for the bigger picture of how we can move forward with this request, we remain willing to consider foregoing a lawsuit.  However, that will require acceptable solutions to our two core