# EXHIBIT L



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
GENERAL COUNSEL

March 25, 2020

*Via Email*

Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Stuart.wilcox5@gmail.com

  RE: Record Production, *Ecological Rights Foundation v. EPA,* 1:19-CV-00980 (D.D.C.)

Dear Mr. Wilcox:

  This letter concerns the U.S. Environmental Protection Agency's (EPA or Agency) final production of records in the above-referenced case. Your Freedom of Information Act (FOIA) request, designated EPA-HQ-2018-011071 (the Request), has ten parts. As described in the parties' August 14, 2019 Joint Status Report, for all ten parts of the FOIA request, the Agency agreed to Plaintiff's proposal to conduct a search by consulting with subject-matter experts and manually collecting potentially responsive records as opposed to using e-discovery tools or Boolean searching. In accordance with the Joint Status Report, the Agency made interim productions of records on November 25, 2019 and January 24, 2019. Below is a brief description of the Agency's response to each part of the FOIA request.

  For Part 1 of the Request, the Agency produced responsive records on November 25, 2019. The Agency is withholding in full two records related to the Criminal Investigation Division's assessment of threats against the Administrator pursuant to FOIA exemptions 5, 7(e), and 7(f). The Agency did not identify any responsive records for Parts 2-5 and 9 of the Request.

  For Part 6 seeking Administrator Wheeler's calendar, the Agency previously provided Administrator Wheeler's calendar records from July 5, 2018 through December 21, 2018. The Agency is now producing the Administrator's calendar through March 2019, the time that the Agency began its search for and production of calendar records. You may access the calendar at EPA's FOIA website:

https://www.epa.gov/foia/administrator-andrew-wheelers-calendars.

  For Part 7 of the Request, the Agency provided responsive records with some applied redactions on July 15, 2019 and on November 25, 2019. For Part 8 of the Request, the Agency provided responsive records on March 26, 2019, July 15, 2019, August 14, 2019, and January 24, 2020. The Agency is withholding one document in full responsive to Part 8 of the request, pursuant to FOIA exemption 5: a non-final draft of standard operating procedures for the National FOIA Office. Lastly, for Part 10, the Agency is producing 20 records today and not withholding any records in full.

If you have any questions, please contact Assistant U.S. Attorney Derek Hammond at (202) 252-2511.

Sincerely,

/s/ Peter Bermes

Peter Bermes
Attorney-Advisor
Office of General Counsel
U.S. Environmental Protection Agency

Enclosure:    March 25 Production Index

Cc:    AUSA Derek Hammond