# EXHIBIT P



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
GENERAL COUNSEL

July 10, 2020

*Via Email*

Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Stuart.wilcox5@gmail.com

RE: Remaining Issues in *Ecological Rights Foundation v. EPA,* 1:19-cv-00980

Dear Mr. Wilcox:

This letter responds to issues raised in your April 23, 2020 letter concerning the U.S. Environmental Protection Agency's (EPA or Agency) recent production of additional records in the above-referenced case. On June 10, 2020, the Agency provided a response to the portions of your letter concerning non-calendar issues. On June 18, 2020, you identified four remaining non-calendar issues that remain unresolved. This letter will address those four remaining non-calendar issues and then address the concerns related to Administrator Wheeler's calendars.

**Four Remaining Non-Calendar Issues**

7/15/19 production

Your letter raised questions concerning certain redactions made pursuant to 5 U.S.C. § 552(b)(6) and (7)(C). First, as to the information redacted after "he did have talking points" on page 2 of the supplemental production, EPA has removed redactions, and the updated records are attached. As you will see when reviewing this record, the remaining redactions would reveal the identity of witness(es) being interviewed or third parties merely mentioned in OIG investigations and are withheld pursuant to 5 U.S.C. § 552(b)(6) and (7)(C).

Second, as to the information redacted on page 10 of the supplemental production, EPA maintains that this information is properly withheld pursuant to 5 U.S.C. § 552(b)(6) and (7)(C). The redacted information identifies individuals. The document was obtained by the EPA OIG during the course of a law enforcement investigation into potential violations of the Anti-deficiency Act and the publicity or propaganda and anti-lobbying provisions of the Consolidated Appropriations Act (CSA) of 2017. This document was compiled in the EPA OIG's investigative record for this investigation. The mention of an individual's name in a law enforcement file will engender comment and speculation and carries a stigmatizing connotation. Individuals named in a law enforcement record have a heightened privacy

interest and Exemption 7(C) protects references to persons merely mentioned in law enforcement files, including witnesses.

8/14/19 production

For this production, your letter raised concerns with EPA's position that any draft version of the November 2018 Awareness Notification Memo is not responsive. EPA maintains this position.

3/25/20 production

For this production, your letter raised concerns with EPA's position that the record "ORD Response to OW Phase 2 request DRAFT 03-07-17" is properly withheld pursuant to 5 U.S.C. § 552(b)(5), Deliberative Process Privilege. This record is a non-final draft document that is both pre-decisional and deliberative. The Agency will continue to withhold this document.

**Calendar Issues**

Attachments

The Agency has completed review of the attachments to Administrator Wheeler's calendar. The Agency is producing 76 attachments in full and 101 with redaction. The Agency is withholding 27 attachments in full. These withheld in full records are briefly described in the attached index (Attachment 1). Please note that the information in this index is provided for the purpose of identifying the records withheld and narrowing issues. This is not a *Vaughn* index.

Redactions

The Agency has re-reviewed Administrator Wheeler's calendar in response to the concerns raised in your April 23, 2020 letter. The Agency is producing updated versions of the calendar today. In an effort to narrow the issues, the attached document (Attachment 2) responds to concerns raised in your April 23, 2020 letter. Attachment 2 indicates where redactions have been revised and provides additional context as to why certain information is withheld. Please note that the information in this document is provided for the purpose of responding to concerns and narrowing issues. This is not a *Vaughn* index.

**Accessing the Records**

The records produced today have been uploaded to FOIAonline under the FOIA request number EPA-HQ-2018-011071. You can access them directly at the link below or by searching for the FOIA request number on FOIAonline.

> https://foiaonline.gov/foiaonline/action/public/submissionDetails?trackingNumber=EPA-HQ-2018-011071&type=request

The Attachments have been compiled into a single PDF titled, "7.10.2020 Prod Attachments." The revised Calendars have been uploaded in 11 PDFs each of which is titled with the relevant date range. The OIG document has been uploaded as "7.10.2020 OIG Prod." If you have any issues accessing the files, please let me know.

**Conclusion**

The Agency hopes that this response, and production, will further assist with narrowing issues that require briefing. For example, several withholdings in Administrator Wheeler's calendar protect the names and contact information of Personnel Security Detail agents assigned to protect the Administrator. Additionally, other withholdings concern personal information, including lunches, dinners, and travel details. The Agency believes that these and other categories of information present opportunities to further reduce issues that require briefing.

 In light of this additional production and information, EPA respectfully proposes that EcoRights identify what issues, if any, EcoRights believes require briefing. In order to provide both parties with time to prepare for briefing, if necessary, EPA requests that you respond by Monday, July 20, 2020. The Agency continues to be open to answering any questions you may have about the records produced or providing additional context or information where appropriate. If you have any questions, please contact Assistant U.S. Attorney Derek Hammond.

Sincerely,

/s/ Peter Bermes

Peter Bermes
Attorney-Advisor
Office of General Counsel
U.S. Environmental Protection Agency

Enclosure:    2 Attachments.

Cc:           Derek Hammond, AUSA
              Brandon Levine, EPA OGC

3

ATTACHMENT 1: SIMPLE INDEX OF RECORDS WITHHELD IN FULL (7.10.2020)

| Doc ID Beg | File Extension | File Name | FOIA Exemption Status | Brief Description of Document |
|---|---|---|---|---|
| ED_004712_00004565 | XLSX | FY19 LTPG Bowling Chart.xlsx | Ex. 5 - Deliberative Process (DP) | A draft spreadsheet that contains performance goals for various process improvement efforts across the Agency. |
| ED_004712_00004566 | PPTX | QPR_FY2019_Q1_ Slide Deck_Final submitted_3.19.2019.pptx | Ex. 5 - Deliberative Process (DP) | A powerpoint presentation briefing for the Administrator on various performance measures across the Agency and recommendations for future actions. |
| ED_004712_00004640 | DOCX | Final Edwards AFB FFA Dispute Briefing Paper for Acting Administrator Wheeler November 2018 .docx | Ex. 5 - Deliberative Process (DP); Ex. 5 - Attorney Client (AC) | A briefing paper drafted by Attorneys concerning a CERCLA matter. |
| ED_004712_00004641 | DOCX | Final one pager _ Edwards Dispute Admin Briefing November 2 2018.docx | Ex. 5 - Deliberative Process (DP); Ex. 5 - Attorney Client (AC) | A briefing paper drafted by Attorneys concerning a CERCLA matter. |
| ED_004712_00017017 | PDF | CFO_Memo_Budget and Planning Meeting_FINAL_6-19-2018.pdf | Ex. 5 - Deliberative Process (DP) | A memo drafted by the Office of the Chief Financial Officer concerning planning the upcoming annual budget. |

| | | | | |
|---|---|---|---|---|
| ED_004712_00017224 | PPTX | OCFO DA Briefing_05.08.18.pptx | Ex. 5 - Deliberative Process (DP) | A powerpoint briefing drafted by the Office of the Chief Financial Officer concerning planning the upcoming annual budget. |
| ED_004712_00017307 | PDF | 20180629 OECD DC Agenda and Read Ahead.pdf | Ex. 5 - Deliberative Process (DP) | A discussion paper to aid in decisionmaking at an upcoming interagency Deputies Committee meeting. |
| ED_004712_00017370 | XLSX | 6-21-2018 - DA Wheeler Hill Day Meetings.xlsx | Ex. 5 - Deliberative Process (DP) | A non-final draft schedule of congressional meetings. |
| ED_004712_00017569 | PPTX | OMB-EPA Strategic Review Meeting_Slides_June 19 2018.pptx | Ex. 5 - Deliberative Process (DP) | An interagency briefing powerpoint concerning an upcoming annual budget. |
| ED_004712_00017617 | PPTX | InfoSec Status Brief for DA - Jun 18 - Final.pptx | Ex. 5 - Deliberative Process (DP) | A briefing powerpoint concerning information security issues. |
| ED_004712_00017755 | PDF | CommonRuleHarmonizationNPRM Final Submitted to FIFRA 2018-05_31.pdf | Ex. 5 - Deliberative Process (DP) | A draft of a regulation circulated for FIFRA Section 25 review. |
| ED_004712_00017775 | PPTX | LCR options graphic 6-19-18 .pptx | Ex. 5 - Deliberative Process (DP) | A briefing paper containing options for revisions to the Lead and Copper Rule. |
| ED_004712_00017777 | PDF | UAV Pilot Proposal_revised_6.6.18.pdf | Ex. 5 - Deliberative Process (DP) | A draft proposal for an unmanned areial vehicle pilot demonstration program. |

| ED_004712_00017802 | DOCX | CIO Position in Agency.docx | Ex. 5 - Deliberative Process (DP) | A draft interagency document concerning reorganization efforts that the Agency was considering. |
|---|---|---|---|---|
| ED_004712_00017826 | DOCX | Perchlorate_Admin Brief_061518.docx | Ex. 5 - Deliberative Process (DP) | A draft briefing document concerning options related to a safe drinking water act issue. |
| ED_004712_00017981 | DOCX | 108(b) Additional classes options 6-8-18 to David.docx | Ex. 5 - Deliberative Process (DP); Ex. 5 - Attorney Client (AC) | A draft briefing document being prepared by the Office of General Counsel concerning a CERCLA issue. |
| ED_004712_00017985 | DOCX | Pharms_Rule_One-pager DA_June2018.docx | Ex. 5 - Deliberative Process (DP) | A draft document being prepared to brief the Deputy Administrator on the Management Standards for Hazardous Waste Pharmaceuticals Rule. |
| ED_004712_00018003 | DOCX | 11012018 minutes SR automation with NICEATM.docx | Ex. 5 - Deliberative Process (DP) | Staff notes from a meeting that contain deliberations on SR automation, ontologies, and interoperability. |
| ED_004712_00018012 | PDF | ATTACH E_Presidents-Management-Agenda.pdf | Ex. 5 - Deliberative Process (DP) | This is a draft of the President's Management Agenda, a final copy of which is available here: https://www.whitehouse.gov/wp-content/uploads/2018/04/ThePresidentsManagementAgenda.pdf |
| ED_004712_00018013 | DOCX | ATTACH F_ EPA Leveraging Data_final_4_30_18rv.docx | Ex. 5 - Deliberative Process (DP) | An interagency communication which contains predecisional deliberations concerning improving data management across the Agency. |

| ED_004712_00018014 | DOCX | ATTACH G_EPA PMC Discussion Brief - Legislative Topics.DOCX | Ex. 5 - Deliberative Process (DP) | This document contains pre-decisional interagency communication with the President's Management Council concerning ongoing deliberations on upcoming legislative priorities. |
|---|---|---|---|---|
| ED_004712_00018043 | DOCX | Good Sam - Options Paper - 07.28.18.docx | Ex. 5 - Deliberative Process (DP) | A draft document presenting options for application of "Good Samaritan" CERCLA administrative tools at a number of sites. |
| ED_004712_00018045 | DOCX | Good Sam - TU Potential Projects - 06.01.2018.docx | Ex. 5 - Deliberative Process (DP) | A draft document presenting options for application of "Good Samaritan" CERCLA administrative tools at a number of sites. |
| ED_004712_00018058 | DOCX | SLC OCFO Sessions_Agenda_v9.docx | Ex. 5 - Deliberative Process (DP) | A draft agenda for a meeting concerning decisions related to the annual budget planning process. |
| ED_004712_00018071 | DOCX | Management Objective Progress Report - 10-1 PCC Call.docx | Ex. 5 - Deliberative Process (DP) | A draft document concerning management objectives for Hurricane Florence response. |
| ED_004712_00018089 | DOCX | ORD - National Program Manager Recommendation - June 25.docx | Ex. 5 - Deliberative Process (DP) | A draft memo concerning recommendations for more efficient management of EPA laboratories. |
| ED_004712_00018172 | PPTX | FY 2018 Strategic Review Overview.pptx | Ex. 5 - Deliberative Process (DP) | A powerpoiont briefing presenting decision points on strategic objectives as a part of the annual budget planning process. |

ATTACHMENT 2: EPA RESPONSE TO CALENDAR CONCERNS

1. <u>Attachments</u>

The Agency has completed review of the attachments to Administrator Wheeler's calendar. The Agency is producing 76 attachments in full and 101 with redaction. The Agency is withholding 27 attachments in full. These withheld in full records are briefly described in the attached simple index (Attachment 1). Please note that the information in this index is provided for the purpose of identifying the records withheld and narrowing issues. This is not a *Vaughn* index.

2. <u>Subjects or Titles of Calendar Items</u>

The Agency has reviewed the Exemption 5 withholdings you identified. Please see below.

April 20 to June 30, 2018 Calendar pages:
- 8: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.
- 16: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the Administrator's weekend plans that do not relate to Agency business. The material is appropriately labeled "personal."
- 17: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.
- 19: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the travel information (flight and rental car) related to the Administrator's personal travel over Memorial Day weekend.
- 20: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the identity of a person the Administrator met with in his personal capacity, and it is appropriately labeled "personal."
- 22: This redaction has been removed.
- 23: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the identity of a person the Administrator met with in his personal capacity, and it is appropriately labeled "personal."
- 24: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of information related to an appointment at a pharmacy, not agency business.
- 28 (first withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a dinner was scheduled.
- 28 (second withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of a family event appropriately labeled as "personal."
- 29: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location and name of a hotel in Atlanta where the Administrator stayed.
- 35: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a dinner was scheduled.
- 87: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted information in the subject is the name of a restaurant at which the Administrator was

scheduled to have lunch. The redacted information in the location field is the location of that restaurant. The redacted information in the body of the entry is a description of the restaurant that appears to have been automatically generated by a reservation at the restaurant.
- 204: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of information related to an appointment at a pharmacy, not agency business.
- 238: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted information in the subject is the name of a hotel at which the Administrator was scheduled to stay. The redacted information in the location field is the location of that hotel. The redacted information in the body of the entry is directions to that hotel.
- 260: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.

January 2019 Calendar pages:
- 2: This redaction has been removed.
- 6: This redaction has been removed.
- 11: This redaction has been removed.
- 68: This redaction has been removed.

February 2019 Calendar pages:
- 7: Some redactions have been removed. The remaining material is withheld pursuant to Exemption 6. The only withheld material is the specific information (station, train number and timing) associated with the Administrator's train travel on that day.
- 40: This redaction has been removed.
- 42: Some redactions have been removed. The remaining material is withheld pursuant to Exemption 6. The only withheld material is the specific information (station, train number and timing) associated with the Administrator's train travel on that day.

March 2019 Calendar pages:
- 12:  This redaction has been removed.
- 49: The material is withheld pursuant to Exemption 5, deliberative process privilege. The only withheld material is in the body of the calendar entry and concerns tentative plans associated with scheduling a telephone call.
- 78:  These redactions have been removed.
- 80: This redaction has been removed.

3. <u>Non-Responsive Records</u>

EPA defined the record to be the Administrator's Outlook calendar and produced that record to you. The redactions cited in your letter concern separate non-responsive records generated in the process of exporting the calendar for FOIA production.

4. <u>Exemption 7(c) Withholdings</u>

January 2019 Calendar pages:
- 2: There are no (b)(7)(C) withholdings on page 2 of this calendar.
- 11: There are no (b)(7)(C) withholdings on page 11 of this calendar.

- 68: This redaction has been removed.

5. <u>Meeting Participant Names</u>

April 20 to June 30, 2018 Calendar pages:
- 54: This is a personal email address. A redaction of a portion of the email address has been removed, the remainder is withheld pursuant to Exemption 6.
- 81-84, 87: These withholdings are email addresses, not names. The Agency has reviewed this list and removed redactions where business, official, or otherwise publicly available email addresses are listed. The Agency continues to withhold personal email addresses that are not publicly available.
- 104: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 106: This redaction has been removed.
- 114: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 118: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 132: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 133: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 140: This redaction has been removed.
- 142: This redaction has been removed.
- 145: This redaction has been removed.
- 146: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 166: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 177: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 178: This redaction has been removed.
- 179: This redaction has been removed.
- 180: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 185: This redaction has been removed.
- 191: This redaction has been removed.
- 192: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 197: This redaction has been removed.
- 198: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 219: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 231: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 232: This redaction has been removed.

3

- 233: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 239: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 249: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 256: This redaction has been removed.
- 261: This redaction has been removed.
- 263: This redaction has been removed.
- 265: This redaction has been removed.
- 267: This redaction has been removed.
- 271: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 272: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 283: This redaction has been removed.
- 293: This redaction has been removed.
- 298: This redaction has been removed.
- 308: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.

July 1 to July 6, 2018 Calendar pages:
- 7: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 11: This redaction has been revised to reveal the meeting participant's name.

July 7-31, 2018 Calendar pages:
- 16: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 28-29: Certain redactions have been made pursuant to Exemptions 6, 7(c), and 7(f) to protect the names and email addresses of "Personnel Security Detail" (PSD) agents assigned to protect the Administrator. Other redactions have been revised to reveal the meeting participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 88: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.

August 2018 Calendar pages:
- 40: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 55: Redactions have been revised to reveal all EPA employees' email addresses.

September 2018 Calendar pages:

4

- 38: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 53: Redactions have been revised to reveal all EPA employees' email addresses.
- 56: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 57: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 62: Redactions have been revised to reveal all EPA employees' email addresses.
- 73: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 83: Redactions have been revised to reveal all EPA employees' email addresses.
- 95: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address.
- 103: Redactions have been revised to reveal all EPA employees' email addresses.
- 109: Redactions have been revised to reveal all EPA employees' email addresses.

October 2018 Calendar pages:
- 48: Redactions have been revised to reveal all EPA employees' email addresses.
- 74: Redactions have been revised to reveal all EPA employees' email addresses.
- 79: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 86: Redactions have been revised to reveal all EPA employees' email addresses. Additionally, the Agency will continue to withhold certain material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 99: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.

November 2018 Calendar pages:
- 37: Redactions have been revised to reveal all EPA employees' email addresses. This page also includes the personal email address of a meeting invitee, which is withheld pursuant to Exemption 6.
- 42: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses. Lastly, certain redactions have been made to protect the identities of PSD agents.
- 53: Redactions have been revised to reveal all EPA employees' email addresses. This page also includes a personal calendar entry. The names and email addresses of those invited to this personal event are withheld pursuant to Exemption 6.
- 60: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.

- 66-67: Certain redactions have been revised to reveal the meeting participants' names and email addresses. Additionally, redactions have been revised to reveal all EPA employees' email addresses.
- 71: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.

December 2018 Calendar page:
- 18: This redaction has been reduced to reveal the participant's name. Portions of the email address remain withheld under (b)(6); this is an Executive Office of the President email address. Additionally, redactions have been revised to reveal all EPA employees' email addresses.

January 2019 Calendar page:
- 3: There are no meeting participant names withheld on page 3 of this calendar pursuant to (b)(6). The Agency's withholdings on this page apply to personal lunch details and Administrator Wheeler's calendar account email address, which are properly withheld under (b)(6).

February 2019 Calendar page:
- 28: The Agency will continue to withhold this meeting participant's name pursuant to Exemption 6. The meeting participant was a prospective candidate for a position that they did not fill.

March 2019 Calendar page:
- 60: Redactions have been revised to reveal all EPA employees' email addresses.

6. <u>Exemption 7(f) Withholdings</u>

July 7-31, 2018 Calendar pages:
- 28-29: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

August 2018 Calendar page:
- 15: These redactions have been removed.

September 2018 Calendar pages:
- 23: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 54: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 55: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 61: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 72: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 92: There are no (b)(7)(F) withholdings on page 92 of this calendar.
- 105: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

October 2018 Calendar pages:
- 28: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 61: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

November 2018 Calendar pages:
- 1: There are no (b)(7)(F) withholdings on page 1 of this calendar.
- 10: There are no (b)(7)(F) withholdings on page 10 of this calendar.
- 16-17: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 31: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 42: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 64: There are no (b)(7)(F) withholdings on page 64 of this calendar.
- 65: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 75: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

December 2018 Calendar pages:
- 1: There are no (b)(7)(F) withholdings on page 1 of this calendar.
- 24: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 47: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 78: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

January 2019 Calendar pages:
- 12: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 69: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 70: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 78: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

February 2019 Calendar pages:
- 7: The Exemption 7 redaction has been removed, but the Exemption 6 redaction remains.
- 14: Some redactions have been removed. The remaining withheld material is composed of the names of PSD agents and is withheld pursuant to Exemptions 6, 7(c), and 7(f).
- 26-27: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

7

- 40: The redaction has been removed.
- 48: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 64: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 76-77: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 83: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

March 2019 Calendar pages:
- 44: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 62: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 87: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.
- 121-22: The Agency will continue to withhold this material pursuant to Exemptions 6, 7(c), and 7(f). The withheld material is composed of the names and email addresses of PSD agents.

7. <u>Meeting Subjects or Titles Withheld under Exemption 6</u>

July 1 to July 6, 2018 Calendar pages:
- 3 (first withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.
- 3 (second withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.
- 16: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the name of an individual that had a personal meeting with Administrator Wheeler.

July 7-31, 2018 Calendar pages:
- 29 (first withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the name of an individual that shared a personal lunch with Administrator Wheeler.
- 29 (second withholding): The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material is composed of the location where a lunch was scheduled.
- 38: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material contains information regarding a meeting to set up certain security features for Administrator Wheeler.
- 116: There are no meeting titles withheld under (b)(6) on page 116 of this calendar; however, Administrator Wheeler's calendar account email address is withheld on this page pursuant to Exemption 6.

August 2018 Calendar page:

8

- 1: There are no meeting titles withheld under (b)(6) on page 1 of this calendar; however, Administrator Wheeler's calendar account email address is withheld on this page pursuant to Exemption 6.

September 2018 Calendar pages:
- 1: There are no meeting titles withheld under (b)(6) on page 1 of this calendar; however, Administrator Wheeler's calendar account email address is withheld on this page pursuant to Exemption 6.
- 57: There are no meeting titles withheld under (b)(6) on page 57 of this calendar; however, a hyperlink to a secure website is withheld on this page pursuant to Exemption 6.
- 92: There are no meeting titles withheld under (b)(6) on page 92 of this calendar; however, Administrator Wheeler's calendar account email address is withheld on this page pursuant to Exemption 6.

November 2018 Calendar pages:
- 10: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material contains the name and telephone number for a personal telephone call.
- 64: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material contains the name and telephone number for a personal telephone call.

March 2019 Calendar page:
- 113: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted material contains the name of a hotel where the Administrator was scheduled to stay.

8.  <u>Exemption 5 Withholdings</u>

April 20 to June 30, 2018 Calendar pages:
- 47: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material contains predecisional deliberations concerning the potential content of an upcoming cabinet meeting.
- 65: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material contains predecisional deliberations concerning preparations for a Principals Committee Tabletop Exercise on Hurricane Preparedness.
- 67: This redaction has been removed.
- 75: This redaction has been removed.
- 123-24: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material is an email excerpt that contains predecisional deliberations concerning roll out strategy of infrastructure loans.
- 126-27: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material is an email excerpt that contains predecisional deliberations concerning the content of an upcoming meeting on CAFE standards.
- 128: This redaction has been removed.
- 130: This redaction has been removed, though a portion of an internal EPA secure link continues to be withheld pursuant to Exemption 6.
- 141-46: This redaction has been removed.
- 156: This redaction has been removed.

- 213: The majority of this redaction has been removed. The only remaining withheld material concerns a deliberative topic of discussion that was scheduled.
- 229: This redaction has been removed.
- 233-34: This redaction has been removed.
- 270: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material is an email excerpt that contains predecisional deliberations concerning legal issues related to an ongoing rulemaking. In addition to being withheld pursuant to the deliberative process privilege, this email excerpt from the General Counsel is withheld pursuant to attorney client privilege.
- 275: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material is an email excerpt that contains predecisional deliberations concerning an upcoming briefing.
- 296: This redaction has been removed.
- 298-304: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material contains the attendees and preparatory materials for an interagency meeting of deputy-level officials.

July 5-6, 2018 Calendar page:
- 1: There is not a (b)(5) redaction on page 1 of this calendar.

July 7-31, 2018 Calendar pages:
- 26: These redactions have been removed.
- 35: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material contains predecisional deliberations concerning preparations for a meeting Australian Minister Josh Frydenberg.
- 36: These redactions have been removed.
- 37-38: There are not (b)(5) redactions on pages 37-38 of this calendar.
- 39: There is not a (b)(5) redaction on page 1 of this calendar.
- 40: These redactions have been removed.

September 2018 Calendar pages:
- 48: These redactions have been removed.
- 62: These redactions have been removed.
- 66-67: These redactions have been removed.
- 79: These redactions have been removed.
- 99-100: These redactions have been removed.

December 2018 Calendar pages:
- 22-23: The Agency will continue to withhold this material pursuant to Exemption 5. The withheld material contains predecisional deliberations concerning the scheduling and planning of former President George H.W. Bush's lying in state.

9. <u>Additional Exemption 6 Withholdings</u>

April 20 to June 30, 2018 Calendar pages:

- 75: Some redactions have been removed. The remaining attendee that is redacted is an internal scheduling email address used by the Department of Transportation. That email address is withheld pursuant to Exemption 6.
- 76: This redaction has been removed.
- 87-88: The Agency will continue to withhold this redacted material pursuant to Exemption 6. The redacted information in the subject is the name of a restaurant at which the Administrator was scheduled to have lunch. The redacted information in the location field is the location of that restaurant. The redacted information in the body of the entry is a description of the restaurant that appears to have been automatically generated by a reservation at the restaurant.
- 141-46: These redactions have been removed.

July 7-31, 2018 Calendar page:
- 61: These redactions have been revised to reveal all EPA employees' email addresses except Administrator Wheeler.

August 2018 Calendar page:
- 1: Administrator Wheeler's calendar account email address is withheld on this page pursuant to Exemption 6.

September 2018 Calendar pages:
- 56: Redactions removed.
- 62: These redactions have been revised to reveal all EPA employees' email addresses.
- 66-67: These redactions have been revised to reveal all EPA employees' email addresses.
- 79: These redactions have been revised to reveal all EPA employees' email addresses.
- 99-100: These redactions have been revised to reveal all EPA employees' email addresses.

11