# EXHIBIT R



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
GENERAL COUNSEL

August 3, 2020

*Via Email*

Stuart Wilcox
Stuart Wilcox LLC
2340 Dayton Street
Aurora, CO 80010
Stuart.wilcox5@gmail.com

      RE: Remaining Issues in *Ecological Rights Foundation v. EPA,* 1:19-cv-00980 (D.D.C.) After
EPA's Second Supplemental Production of Records

Dear Mr. Wilcox:

The United States Environmental Protection Agency (EPA or Agency) is responding to your July 23rd letter. The Agency appreciates your letter and helpful clarification of your client's position on several issues.  The Agency is continuing to review several of the specific concerns raised in your letter.

You indicated that EcoRights may be willing to forgo challenging EPA's withholding of three documents, ED_004712_00004640, ED_004712_00004641, and ED_004712_0001798. The first two documents, ED_004712_00004640 and ED_004712_00004641, are briefing documents that were prepared to present the Administrator with options and considerations for decision-making associated with the Edwards Air Force Base site.[1] These documents were withheld under the deliberative process and attorney-client privileges. Attorneys in the Office of Enforcement and Compliance Assurance drafted the documents and provided legal advice associated with various options for the Administrator's consideration.

The third document, ED_004712_00017981, is a draft options paper prepared by the Office of General Counsel composed of legal considerations for options associated with CERCLA 108(b) regulatory decisions. EPA withheld this document under the deliberative process and attorney-client privileges. The draft paper contains legal advice protected by attorney-client privilege and reflects discussion of various options for consideration by Agency decision makers.

Your letter also raised concerns with the b(7)(c) redactions applied to the January 2019 calendar file on pages 2, 11, 12, and 68. The Agency's index inaccurately reflected that these redactions had been

---

[1] See https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.cleanup&id=0902725 for background information about this site.

removed. The Agency will continue to withhold this information and understands that EcoRights intends to challenge these withholdings.

As EPA continues to prepare its motion for summary judgment, the Agency may reach out with additional information concerning records still at issue in this case. Please contact Assistant U.S. Attorney Katy Molen with any questions.

        Sincerely,

                /s/ Peter Bermes

                Peter Bermes
                Attorney-Advisor
                Office of General Counsel
                U.S. Environmental Protection Agency


Cc:        AUSA Katy Molen