# EXHIBIT S



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
GENERAL COUNSEL

August 11, 2020

*Via Email*

Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Stuart.wilcox5@gmail.com

   RE: *Ecological Rights Foundation v. EPA,* 1:19-CV-00980 (D.D.C.); Timeframe of Calendar
   Records Responsive to FOIA Request EPA-HQ-2018-011071

Dear Mr. Wilcox:

   On March 25, 2020, the U.S. Environmental Protection Agency's (EPA or Agency) made its
final production of records in the above-referenced case. Since that time, Ecological Rights Foundation
(EcoRights) has had certain questions related to Administrator Andrew Wheeler's calendar entries that
predated July 5, 2018, which was the date that Andrew Wheeler became the Acting Administrator, and
the start date for records responsive to this Freedom of Information Act (FOIA) request. To avoid
confusion, the Agency would like to make clear that its summary judgment motion will only address
calendar records that fall within the date range of EcoRights' FOIA request. FOIA request EPA-HQ-
2018-011071 sought in relevant part, "[a]ll documents created by EPA constituting or memorializing
Acting Administrator Andrew Wheeler's full calendar, meeting schedule, and notes from meetings from
July 5, 2018 to the present." The request explicitly excluded calendar records pre-dating July 5, 2018
from its scope.

   In the Agency's final production letter sent on March 25, 2020, the Agency stated, "[f]or Part 6
seeking Administrator Wheeler's calendar, the Agency previously provided Administrator Wheeler's
calendar records from July 5, 2018 through December 21, 2018. The Agency is now producing the
Administrator's calendar through March 2019, the time that the Agency began its search for and
production of calendar records. You may access the calendar at EPA's FOIA website: [link][1]." The link
led to a PDF that contained all of Andrew Wheeler's calendar records compiled in a single location. This
includes records pre-dating July 5, 2018 when Andrew Wheeler was serving as Deputy Administrator.
Because Andrew Wheeler's calendar is a frequently requested set of records, the Agency's practice is to
direct FOIA requesters seeking a portion of the calendar to this public master document, as was done
here. As the Agency indicated in the final production letter, the records responsive to the request fall
between July 5, 2018, and March 2019.

---

[1] https://www.epa.gov/foia/administrator-andrew-wheelers-calendars

In EcoRights' April 23, 2020 letter which outlined concerns with the Agency's productions, EcoRights raised several concerns with calendar entries that pre-dated July 5, 2018, the timeframe of the FOIA request. On July 10, 2020, the Agency responded to EcoRights' calendar-related concerns. The Agency provided a production of attachments to calendar entries and updated versions of the calendar records that had been previously produced. The Agency provided an index to identify how it had responded to EcoRights' concerns, noting that, "the information in this document is provided for the purpose of responding to concerns and narrowing issues. This is not a *Vaughn* index." The Agency's response sought to address all of EcoRights' concerns, regardless of whether they fell within the responsive timeframe of the request.

EPA would like to make clear that the Agency will not address calendar records that pre-date July 5, 2018 in its motion for summary judgment as they do not fall within the timeframe of the clearly written FOIA request. The Agency does expect to make an additional production of previously withheld material later this week. If you have any questions, please contact Assistant U.S. Attorney Katy Molen at (202) 803-1572.

Sincerely,

/s/ Peter Bermes

Peter Bermes
Attorney-Advisor
Office of General Counsel
U.S. Environmental Protection Agency

Cc:          Katy Molen