# EXHIBIT T



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
GENERAL COUNSEL

August 13, 2020

*Via Email*

Stuart Wilcox
2340 Dayton Street
Aurora, CO 80010
stuart.wilcox5@gmail.com

      Re: Supplemental Production of Records and Remaining Issues in Ecological Rights Foundation
      v. U.S. Environmental Protection Agency (1:19-CV-00980)

Dear Mr. Wilcox:

Today, the United States Environmental Protection Agency (EPA or Agency) is producing a supplemental production of records. The Agency is producing the following pages of Administrator Wheeler's calendar with the noted revisions:

- July 7-31, 2018, page 105: EPA has removed (b)(5) withholding
- August 2018, pages 31, 36: EPA has removed (b)(5) withholdings
- September 2018, pages 56-57, 92: EPA has partially removed (b)(6) withholdings on pages 56-57 and removed the (b)(6) withholding on page 92
- February 2019, pages 14, 83: EPA has partially removed (b)(6), (b)(7)(C), (b)(7)(F) withholdings
- March 2019, pages 49, 93: EPA has removed (b)(5) withholdings

Furthermore, EPA is producing ten attachments to Administrator Wheeler's calendar.

In your July 23, 2020 letter you indicated that EcoRights may be willing to forgo challenging EPA's withholding of three calendar attachments, identified with the following document identification numbers: ED_004712_00004640, ED_004712_00004641, and ED_004712_00001798. The Agency provided additional information about these documents in its August 3, 2020 letter. As EPA continues to prepare for its motion for summary judgment, the Agency would like to clarify EcoRights' position as to these three records before Monday if possible.

Lastly, EPA seeks your consent to exclude document ED_004712_00018003 from briefing. A redacted version of this document is being provided to you today. This attachment, and meeting invitation, was mistakenly sent to Administrator Andrew Wheeler instead of the intended invitee, Matthew Wheeler. The document contains meeting minutes for a meeting between certain EPA program offices – the Office of Chemical Safety and Pollution Prevention (OCSPP) and the National Center for Environmental Assessment (NCEA) – ILS, and the U.S. Department of Health and Human Services, NTP Interagency Center for the Evaluation of Alternative Toxicological Methods (NICEATM) to

discuss SR automation, ontologies, and interoperability. The two-page document is titled, "Meeting between EPA NCEA, EPA OCSPP, ILS and NICEATM to discuss SR automation, ontologies, and interoperability." The document is organized into three sections: (1) "Attendees," (2) "Location," and (3) the meeting minutes. As this record is not actually responsive to EcoRights' FOIA request, the Agency would like your consent to exclude it from briefing.

If you have any questions regarding this case, please contact Assistant U.S. Attorney Katy Molen.

Sincerely,

*/s/ Brandon A. Levine*

Brandon A. Levine
Attorney-Advisor
Office of General Counsel
U.S. Environmental Protection Agency

CC: Assistant U.S. Attorney Katy Molen

Enclosures: Produced Records